*[FILED stamp: JUN 18 2010, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA]*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MAXIMILIANO SANCHEZ-MARTINEZ,<br><br>　　　　Defendant. | Case No. ED 10MJ158<br><br>ORDER OF DETENTION AFTER HEARING [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. § 3143 (a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __DISTRICT OF NEVADA__ for alleged violation(s) of the terms and conditions of his/her [~~probation~~] [~~supervised release~~] **PRETRIAL**; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1 (a)(6) and 18 U.S.C. § 3143 (a),

　　The Court finds that:

A.　(✓)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142 (b) or (c). This finding is based on • __UNKNOWN BACKGROUND__
• __UNKNOWN BAIL RESOURCES__

1 · OUT OF DISTRICT WARRANT
2
3 and/or
4 B. ( ) The defendant has not met his/her burden of establishing by clear and
5 convincing evidence that he/she is not likely to pose a danger to the safety of any
6 other person or the community if released under 18 U.S.C. § 3142 (b) or (c). This
7 finding is based on: _____
8 _____
9 _____
10 _____.
11
12     IT THEREFORE IS ORDERED that the defendant be detained pending the
13 further revocation proceedings.
14
15 DATED:  6/18/10
16
17
18 _____
19 DAVID T. BRISTOW
   UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28